[No. 14795–1–I.   Division One.   October 7, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS RODRIQUEZ VELIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00333–7, Jack S. Kurtz, J., entered May 21, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Ringold, JJ.

[No. 13657–7–I.   Division One.   October 7, 1985.]

EDMUND R. ULLRICH, ET AL, *Respondents,* v. NORTHWEST HOLDINGS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–05767–1, Patricia H. Aitken, J., entered July 2, 1983. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson and Williams, JJ.

[No. 12810–8–I.   Division One.   October 7, 1985.]

RAYMOND A. FEICHTMEIR, ET AL, *Respondents,* v. LOWELL C. E. ING, ET AL, *Defendants,* BERT RHIND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–02842–0, Norman W. Quinn, J., entered June 24, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 15142–8–I.   Division One.   October 7, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK LEE FORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00951–5, Robert E. Dixon, J., entered July 13, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Webster, JJ.